**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ALVIN JACKSON/RAHMAN X**                                                         **PLAINTIFF**
**ADC #SK-941**

**V.**                  **CASE NO. 5:09CV00186 SWW-BD**

**SEDRIC T. FRANKLIN,** *et al.*                                               **DEFENDANTS**

<u>**ORDER**</u>

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's Complaint (docket entry #2) and Amended Complaint (#5) are DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915A. The dismissal will count as a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action would be frivolous and not taken in good faith.

IT IS SO ORDERED, this 15th day of September, 2009.

                                                                  <u>/s/Susan Webber Wright</u>
                                                                  UNITED STATES DISTRICT JUDGE